**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00332-CR

**JAMES ANTHONY KIRVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 060407-59**

## ORDER

The State's August 16, 2013 motion for extension of time to file the State's brief is

**GRANTED**. The time to file the State's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.

/s/      LANA MYERS
         JUSTICE
